IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00085-GCM-WCM

| | |
|---|---|
| TONYA RATLIFF, | ) |
| Plaintiff, | ) ) ) |
| | ) ORDER |
| v. | ) ) |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) ) ) |

This matter is before the Court on Plaintiff's renewed Consent Motion for Attorney Fees Under the Equal Access to Justice Act (the "Motion," Doc. 12). While Plaintiff has now submitted summaries of time spent on this case by both counsel and counsel's paralegal, that information does not include sufficient details for the Court to determine the reasonableness of the requested fees, such as the amount of time (in hours) claimed by each timekeeper as being compensable under the EAJA and the portion of the proposed fee award associated with that time (for each timekeeper).

Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**.

It is so ordered.

Signed: November 5, 2024

W. Carleton Metcalf
United States Magistrate Judge

1